NOT DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 05-552

**STATE OF LOUISIANA**

**VERSUS**

**STEPHANIE M. MORGAN**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 8701-03
HONORABLE G. MICHAEL CANADAY, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

### ELIZABETH A. PICKETT
### JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, Marc T. Amy, and Elizabeth A. Pickett, Judges.

**SENTENCE AFFIRMED AS AMENDED;
REMANDED WITH INSTRUCTIONS.**

**Hon. R. Richard Bryant, Jr.**
**District Attorney**
**1020 Ryan Street**
**Lake Charles, LA 70602**
**(337) 437-3400**
**Counsel for State-Appellee:**
  **State of Louisiana**

**Carey J. Ellis, III**
**Louisiana Appellate Project**
**707 Julia St.**
**Rayville, LA 71269**
**(318) 728-2043**
**Counsel for Defendant-Appellant:**
  **Stephanie M. Morgan**